**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: J.A. | : No. 233 MAL 2015 |
| | : |
| | : |
| PETITION OF: J.A. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.